1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LOUD RECORDS LLC; UMG
7  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; ELEKTRA
8  ENTERTAINMENT GROUP INC.; and
9  FONOVISA, INC.

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11
12
13 LOUD RECORDS LLC, a Delaware              CASE NO.
   corporation; UMG RECORDINGS, INC., a
14 Delaware corporation; SONY BMG MUSIC      **CERTIFICATION OF INTERESTED**
   ENTERTAINMENT, a Delaware general         **ENTITIES OR PERSONS**
15 partnership; ELEKTRA ENTERTAINMENT
16 GROUP INC., a Delaware corporation; and
   FONOVISA, INC., a California corporation,,
17                Plaintiffs,
18
   v.
19
   JOHN DOE,
20              Defendant.
21
22
23
24
25
26
27
28

Certification of Interested Entities or Persons
Case No.
#30469 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6  The following companies are parents of, or partners in Plaintiff LOUD RECORDS LLC:
7  SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC;Sony Music
8  Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US
9  Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly
10 traded. Sony Corporation is publicly traded in the U.S.
11 The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
12 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
13 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
14 publicly traded. Vivendi S.A. is publicly traded in France.
15 The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
16 ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
17 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
18 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
19 Corporation is publicly traded in the U.S.
20 The following companies are parents of, or partners in Plaintiff ELEKTRA
21 ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
22 Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music
23 Group Corp. is publicly traded in the U.S.
24 ///
25 ///
26 ///
27 ///
28 ///

1

1  The following companies are parents of, or partners in Plaintiff FONOVISA, INC.:
2  Univision Music LLC; Univision Music Group Mexico, S.A. de C.V.; Univision Music Inc.;
3  Univision Communications Inc.; and Diara Inc.

5  Dated: June 13, 2007            HOLME ROBERTS & OWEN LLP

7                                  By: _____
                                   MATTHEW FRANKLIN JAKSA
8                                  Attorney for Plaintiffs
                                   LOUD RECORDS LLC; UMG
9                                  RECORDINGS, INC.; SONY BMG MUSIC
                                   ENTERTAINMENT; ELEKTRA
10                                 ENTERTAINMENT GROUP INC.; and
11                                 FONOVISA, INC.