1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LOUD RECORDS LLC; UMG
7  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; ELEKTRA
8  ENTERTAINMENT GROUP INC.; and
   FONOVISA, INC.
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| LOUD RECORDS LLC, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and FONOVISA, INC., a California corporation,, Plaintiffs, v. JOHN DOE, Defendant. | CASE NO. C 07-3090 WDB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4  Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5  documents that identify Defendant John Doe, including the name, current (and permanent) address
6  and telephone number, e-mail address, and Media Access Control address. The disclosure of this
7  information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

13 Dated: _____      By: _____
                                              United States District Judge

1

Proposed Order Granting Plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#30472 v1