UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation, et al.,<br><br>               Plaintiffs,<br>   v.<br>JOHN DOE,<br>               Defendant.<br>_____/ | No. C 07-3090 WDB<br><br>**ORDER RE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

      On June 15, 2007, plaintiffs filed their Application for Leave to Take Immediate Discovery. The Court has reviewed plaintiffs' Application and supporting papers and ORDERS as follows.

      Plaintiffs have demonstrated good cause to obtain a court order permitting them to propound discovery before the time contemplated in F.R.C.P., Rule 26(d). First, plaintiffs cannot proceed with their case without identifying defendant. Second, plaintiffs have proffered evidence that would support an inference that the records kept by ISP providers, records that would enable plaintiff to identify defendant, are often destroyed within a short time of their creation.

      Plaintiffs may serve immediate discovery on the University of California -- Santa Cruz to obtain the identity of John Doe by serving a F.R.C.P., Rule 45 subpoena that seeks documents sufficient to identify defendant John Doe,

1  including name, current address, telephone number, e-mail address, and Media
2  Access Control address.

3  **Within five (5) court days of receiving service of the subpoena**, the
4  University of California -- Santa Cruz MUST provide written notice to the
5  subscriber whose identity is to be disclosed in response to the subpoena.

6  If the University of California -- Santa Cruz and/or the subscriber whose
7  identity is to be disclosed wish to move to quash the subpoena, they shall do so
8  before the return date of the subpoena, which shall be thirty (35) days from the date
9  of service.

10  Once served with plaintiffs' subpoena, the University of California -- Santa
11  Cruz MUST PRESERVE the data and information sought via the subpoena
12  pending resolution of any timely filed motion to quash.

13  Plaintiffs MUST SERVE a copy of this order on the University of California
14  -- Santa Cruz along with service of the subpoena.

15  Any information disclosed to Plaintiffs in response to the Rule 45 subpoena
16  shall be used by plaintiffs solely for the purpose of protecting plaintiffs' rights
17  under the Copyright Act as set forth in the Complaint, filed June 13, 2007.

18  The Court declines plaintiffs' request for a statement by the Court that
19  disclosure is ordered pursuant to 47 U.S.C. §551(c)(2)(B).  This Order authorizes
20  plaintiffs to propound discovery via a Rule 45 subpoena.  This Order does not
21  compel disclosure of the information sought by the subpoena.  Accordingly,
22  plaintiffs have not demonstrated the necessity of such a statement at this juncture
23  in the proceedings.  Moreover, the Court declines to rule on the applicability of
24  §551(c)(2)(B) in the absence of full briefing on the subject.

25  IT IS SO ORDERED.
26  Dated: June 21, 2007

*/s/ Wayne D. Brazil*
WAYNE D. BRAZIL
United States Magistrate Judge

27  Copies to: parties, wdb, stats
28

2