1   Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
2   560 Mission Street, 25th Floor
3   San Francisco, CA  94105-2994
    Telephone:   (415) 268-2000
4   Facsimile:   (415) 268-1999
    Email:       matt.jaksa@hro.com
5
6   Attorneys for Plaintiffs,
    LOUD RECORDS LLC; UMG
7   RECORDINGS, INC.; SONY BMG
    MUSIC ENTERTAINMENT; ELEKTRA
8   ENTERTAINMENT GROUP INC.; and
9   FONOVISA, INC.

10                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11                       OAKLAND DIVISION

12

13  LOUD RECORDS LLC, a Delaware              CASE NO. C 07-03090 WDB
    corporation; UMG RECORDINGS, INC., a
14  Delaware corporation; SONY BMG MUSIC      Honorable Wayne D. Brazil
    ENTERTAINMENT, a Delaware general
15  partnership; ELEKTRA ENTERTAINMENT        *EX PARTE* APPLICATION TO CONTINUE
16  GROUP INC., a Delaware corporation; and   CASE MANAGEMENT CONFERENCE
    FONOVISA, INC., a California corporation,, AND EXTEND TIME TO SERVE
17                          Plaintiffs,        DEFENDANT AND [PROPOSED] ORDER
18
         v.
19

20  JOHN DOE,
                    Defendant.
21

22

23

24

25

26

27

28

1    Plaintiffs hereby request that the Court continue the case management conference currently

2  set for September 17, 2007, at 4:00 p.m. to December 17, 2007.  Plaintiffs further request, pursuant

3  to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the

4  Summons and Complaint on Defendant John Doe ("Defendant") be extended from October 11, 2007

5  to January 9, 2008.

6    Plaintiffs filed the Complaint against Defendant on June 13, 2007.  Also on June 13, 2007,

7  Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the

8  Court's permission to serve a Rule 45 subpoena on University of California, Santa Cruz ("UC Santa

9  Cruz").  On June 21, 2007, this Court issued its Order Re Leave to Take Immediate Discovery

10 authorizing Plaintiffs to serve a Rule 45 subpoena on UC Santa Cruz so that Plaintiffs could obtain

11 information sufficient to identify Defendant.

12    UC Santa Cruz has responded to Plaintiffs' subpoena, and Plaintiffs have now determined the

13 identity of Defendant.  However, Plaintiffs are hopeful that this case will settle without the need to

14 resort to further litigation.  Accordingly, Plaintiffs are attempting to contact Defendant regarding

15 settlement before amending the Complaint to name Defendant, and are sending Defendant a letter to

16 that effect.  Therefore, a case management conference is unnecessary at this time.  Plaintiffs

17 therefore request that the Court continue the case management conference currently set for

18 September 17, 2007, at 4:00 p.m. to December 17, 2007.  Given the foregoing circumstances, and

19 because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant

20 will expire on October 11, 2007, Plaintiffs further request that Plaintiffs' time to serve the Summons

21 and Complaint on Defendant be extended to January 9, 2008.

22

23 Dated:  September 10, 2007                                    HOLME ROBERTS & OWEN LLP

24                                                                                  By:  _____*/s/ Matthew Franklin Jaksa*_____
                                                                                              Matthew Franklin Jaksa
25                                                                                        Attorney for Plaintiffs
                                                                                              LOUD RECORDS LLC; UMG
26                                                                                        RECORDINGS, INC.; SONY BMG
                                                                                              MUSIC ENTERTAINMENT; ELEKTRA
27                                                                                        ENTERTAINMENT GROUP INC.; and
                                                                                              FONOVISA, INC.
28

Ex Parte Application to Continue CMC and Extend Time to Serve Defendant
Case No. C 07-03090 WDB
#32241 v1

1

2

3

## **ORDER**

4

Good cause having been shown:

5

**IT IS ORDERED** that the case management conference currently set for September 17,

6

2007, at 4:00 p.m. be continued to December 17, 2007.

7

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules

8

4(m) and 6(b), Plaintiffs' time to serve the summons and complaint on Defendant is hereby extended

9

to January 9, 2008.

10

11

12

Dated: _____          By: _____

Honorable Wayne D. Brazil

13

United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex Parte Application to Continue CMC and Extend Time to Serve Defendant
Case No. C 07-03090 WDB
#32241 v1