1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LOUD RECORDS LLC; UMG
7  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; ELEKTRA
8  ENTERTAINMENT GROUP INC.; and
   FONOVISA, INC.
9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| LOUD RECORDS LLC, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and FONOVISA, INC., a California corporation,, <br>             Plaintiffs, <br><br> v. <br><br> JOHN DOE, <br>             Defendant. | CASE NO. C 07-03090 WDB <br><br> Honorable Wayne D. Brazil <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs LOUD RECORDS LLC., *et al.*, by and
2  through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims
3  against Defendant John Doe, also identified as ID #120851010 with IP address 169.233.52.106
4  2007-03-06 22:23:58 EST, each party to bear its/his own fees and costs.  The Clerk of Court is
5  respectfully requested to close this case.

7  Dated:  December 6, 2007                                        HOLME ROBERTS & OWEN LLP

8                                                                               By:  _____*/s/ Matthew Franklin Jaksa*_____
                                                                                        Matthew Franklin Jaksa
9                                                                                       Attorney for Plaintiffs
10                                                                                      LOUD RECORDS LLC; UMG
                                                                                        RECORDINGS, INC.; SONY BMG
11                                                                                      MUSIC ENTERTAINMENT; ELEKTRA
                                                                                        ENTERTAINMENT GROUP INC.; and
12                                                                                      FONOVISA, INC.

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-03090 WDB
#34213 v1